879

In the Matter of **MEDICAL ANALYTICS**, Debtor.

**No. 907, Docket 76–5001.**

United States Court of Appeals, Second Circuit.

Argued and Decided April 12, 1976.

Robert S. Cohen, New York City (Lans Feinberg & Cohen, Barbara L. Schulman, New York City, on the brief), for appellant Medical Analytics, Inc.

Gary J. Cohan, New York City (Marshall, Bratter, Greene, Allison & Tucker, V. James Mann, New York City, on the brief), for appellee MetPath Inc.

Before LUMBARD, HAYS and FEINBERG, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the opinion of Judge Conner, 410 F.Supp. 922, dated December 1, 1975.